

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00415-CV

Milton B. **RUSSELL**,
Appellant

v.

**City Of San Antonio**, Through its Agent, City Public Service Board of San Antonio d/b/a CPS Energy,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16913
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On June 19, 2014, we ordered Appellant to show cause why the notice of appeal appeared to be not timely filed. On June 30, 2014, Appellant filed his response. We conclude the notice of appeal was timely filed. *See* TEX. R. APP. P. 26.3 (requiring the notice of appeal to be filed within fifteen days after the deadline for filing the notice of appeal).

We REINSTATE the appellate timetable and set the clerk's and reporter's records due on July 14, 2014.

On July 1, 2014, the Bexar County district clerk notified this court that Appellant has failed to pay the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

Therefore, we ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee.

If Appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.



Keith E. Hottle
Clerk of Court